**REMAND/JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-337-GW(SPx) | Date | March 24, 2015 |
|---|---|---|---|
| Title | *Dann Long, et al. v. Veterans Administration, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER REMANDING MATTER TO STATE COURT**

On February 25, 2015, the Veterans Administration ("VA") removed this matter to this Court, pursuant to 28 U.S.C. § 1442(a)(1). On March 13, 2015, the plaintiffs voluntarily dismissed the VA. *See* Docket No. 16. The Complaint does not contain any federal law-based causes of action. As a result, and especially given the early stage of this case, this Court now remands the case to the Superior Court of the State of California, County of San Bernardino. *See State of Neb. ex rel. Dep't of Soc. Servs. v. Bentson*, 146 F.3d 676, 679 (9th Cir. 1998) ("That dismissal [of the IRS] destroyed the court's subject matter jurisdiction over the entire case, as the presence of a federal agency was what gave rise to its initial removability."); *Swett v. Schenk*, 792 F.2d 1447, 1450 (9th Cir. 1986) ("[I]t is within the district court's discretion, once the basis for removal jurisdiction is dropped, whether to hear the rest of the action or remand it to the state court from which it was removed."); *Golden Eagle Ins. Corp. v. Allied Tech. Grp.*, 83 F.Supp.2d 1132, 1134-35 (C.D. Cal. 1999). All hearings set in this Court are vacated.

**cc: Pro Se Plaintiffs**

|  | : |
|---|---|
| Initials of Preparer | JG |